Slip Op. 18 - 145

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| DIAMOND SAWBLADES MANUFACTURERS' COALITION, |  |
| Plaintiff, |  |
| v. | Before: R. Kenton Musgrave, Senior Judge |
| UNITED STATES, | Consol. Court No. 15-00164 |
| Defendant, |  |
| and |  |
| BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, GANG YAN DIAMOND PRODUCTS, INC., CLIFF INTERNATIONAL LTD., HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., HEBEI HUSQVARNA-JIKAI DIAMOND TOOLS CO., LTD., WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD., BOSUN TOOLS CO., LTD., and BOSUN TOOLS INC., |  |
| Defendant-Intervenors. |  |

**JUDGMENT**

This case having been instituted to challenge certain administrative review determinations of the International Trade Administration, U.S. Department of Commerce ("Commerce") published *sub nom. Diamond Sawblades and Parts Thereof From the People's Republic of China*, 80 Fed. Reg. 32344 (June 8, 2015) (final antidumping duty administrative review of 2012-13 period) ("*Final Results*"), as explained by its accompanying issues and decision

memorandum, Public Record Document ("PDoc") 354 (June 2, 2015) ("*IDM*"); and, after a previous remand, the case having been remanded a second time *per Diamond Sawblades Manufacturers' Coalition v. United States*, Slip Op. 18-26, 42 CIT ___, 299 F. Supp. 3d 1374 (Mar. 22, 2018), ECF No. 100; and the final administrative results of the second remand redetermination pursuant thereto having been filed (July 20, 2018), ECF No. 106; wherein Commerce explains that it (1) re-examined and adjusted its build-up methodology for diamond sawblade cores produced by respondent Weihai Xiangguang Mechanical Industrial Co., Ltd. with respect to the steel involved in their production, and (2) re-examined the audited 2013 financial statements of K.M. & A.A. Co., Ltd. and determined to use it in addition to Thai Gulf's 2013 financial statements in the calculation of the surrogate financial ratios; and a scheduling order providing for comments on the final second remand redetermination and the filing of supporting documents for such comments to proceed through October 3, 2018, having been entered on the docket, ECF 108 (July 31, 2018); and the administrative record having been filed on that date, ECF No. 109, the period for filing comments having closed, and no further commentary appearing as filed on the docket;  Now, therefore, in view of the foregoing, and upon other papers and proceedings, it is

**ORDERED**, **ADJUDGED and DECREED** that Commerce's *Final Second Remand Redetermination, Diamond Sawblades Manufacturers' Coalition v. United States, CIT Consol. Ct. No. 15-00164, slip op. 18-26* (July 20, 2018), ECF No. 106, be, and it hereby is, sustained.

                                                /s/  R. Kenton Musgrave
                                                R.  Kenton Musgrave, Senior Judge

Dated: October 23, 2018
        New York, New York